NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Connor Lynch (SBN 301538)
connor@lynchllp.com
Brian Lynch (SBN 292511)
brian@lynchllp.com
LYNCH LLP
4470 W. Sunset Blvd. No. 90096
Los Angeles, CA 90027
(949) 229-3141

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pretty in Plastic, Inc.<br><br>Plaintiff(s),<br>v.<br><br>Maryellis Bunn, 1AND8, Inc.<br><br>Defendant(s) | CASE NUMBER: 2:18-cv-6091<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Pretty in Plastic, Inc._
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Pretty in Plastic, Inc. | Plaintiff |
| Maryellis Bunn | Defendant |
| 1AND8, Inc. | Defendant |

Date _____    Signature _____

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES