# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pretty in Plastic, Inc. | CASE NUMBER |
| PLAINTIFF(S) | 2:18-cv-06091-DDP-SK |
| v. | |
| Maryellis Bunn et al | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05 .

August 2, 2018
Date

_(signature)_
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __George H. Wu__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __GW__ after the case number in place of the initials of the prior judge so that the case number will read __2:18-cv-06091 GW(SKx)__ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (10/16)    ORDER RETURNING CASE FOR REASSIGNMENT