| Attorney or Party without Attorney: <br> LYNCH LLP <br> CONNOR LYNCH, ESQ. (SBN 301538) <br> 4470 W. SUNSET BLVD, NO. 90096 <br> LOS ANGELES, CA 90027 <br> Telephone No: (949) 229-3141 <br> Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
| Plaintiff: PRETTY IN PLASTIC, INC. <br> Defendant: MARYELLIS BUNN, et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:18-CV-06091 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; ORDER RETURNING CASE FOR REASSIGNMENT.

3. a. Party served: 1AND8 INC., dba MUSEUM OF ICE CREAM
   b. Person served: MARYELLIS BUNN, AGENT OF SERVICE
      Served Under F.R.C.P. Rule 4

4. Address where the party was served: 3657 SEVEN SEAS AVE
   LAND O LAKES, FL 34638

5. I served the party:
   a. by substituted service. On: Sat, Aug 25 2018 at: 11:00 AM by leaving the copies with or in the presence of:
      "JOHN DOE", CO-OCCUPANT (East Indian male, 5'6", 170 lbs., Salt & Pepper Hair, 65 years old)

   (1) [X] (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) [ ] (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] (Declaration of Mailing) is attached.
   (4) [ ] (Declaration of Diligence) attached stating actions taken first to attempt personal service.

6. Person Who Served Papers:
   a. ANDREW DROSINOS
   b. FIRST LEGAL INVESTIGATIONS
   2070 N. TUSTIN AVENUE, 2ND FLOOR
   SANTA ANA, CA 92705
   c. (714) 550-1375

   d. The Fee for Service was:
   e. I am: Not A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8/30/18 (Date)   (Signature)

PROOF OF SERVICE

2586949
(368314)

| Attorney or Party without Attorney:<br>LYNCH LLP<br>CONNOR LYNCH, ESQ. (SBN 301538)<br>4470 W. SUNSET BLVD. NO. 90096<br>LOS ANGELES, CA 90027<br>Telephone No: (949) 229-3141<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: PRETTY IN PLASTIC, INC.
Defendant: MARYELLIS BUNN, et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-CV-06091 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; ORDER RETURNING CASE FOR REASSIGNMENT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tues, Aug 28, 2018
   b. Place of Mailing: SANTA ANA, CA 92705
   c. Addressed as follows: 1AND8 INC., dba MUSEUM OF ICE CREAM
       3657 SEVEN SEAS AVE, LAND O LAKES, FL 34638

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tues, Aug 28, 2018 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Victoria Diaz
   b. **FIRST LEGAL INVESTIGATIONS**
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. **The Fee** for Service was:
   e. I am: Not A Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

08/29/2018
(Date)           (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

2586949
(368314)