1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
3  cvandenbosch@sheppardmullin.com
   GAZAL POUR-MOEZZI, Cal. Bar No. 285932
4  gpour-moezzi@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendants
   MARYELLIS BUNN, and
8  1AND8 INC., dba MUSEUM OF ICE CREAM

9

10                 UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  PRETTY IN PLASTIC, INC., a        Case No. 2:18-cv-06091-GW (SKx)
    California corporation,
14                                    **STIPULATION EXTENDING TIME
              Plaintiff,              TO RESPOND TO INITIAL
15                                    COMPLAINT BY NOT MORE
         v.                           THAN 30 DAYS (L.R. 8-3)**
16
    MARYELLIS BUNN, an individual;    The Hon. George H. Wu
17  and 1AND8 INC., a Delaware
    corporation dba MUSEUM OF ICE     Complaint served:     Aug. 25, 2018
18  CREAM,                            Current response date: Sept. 17, 2018
                                      New response date:    Oct. 9, 2018
19            Defendants.                                    _____

20

21

22

23

24

25

26

27

28

-1-

SMRH:487701487.2    STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY NOT
                                               MORE THAN 30 DAYS (L.R. 8-3)

1  Pursuant to Local Rule 8-3, the parties hereby stipulate to extend the time for
2  defendants Maryellis Bunn and 1AND8 Inc. dba Museum of Ice Cream
3  (collectively, "Defendants") to respond to the initial complaint by twenty-two (22)
4  days. As a condition of this stipulation, Defendants hereby expressly waive all
5  arguments premised on any alleged or actual deficiency in service of process. There
6  have been no such prior stipulations, and this stipulation does not extend the time to
7  respond to the initial complaint by more than a cumulative total of thirty (30) days
8  from the date the response initially would have been due.
9  Defendants shall now have through October 9, 2018 to respond to the initial
10 complaint.
11 IT IS SO STIPULATED.
12 Dated: September 7, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Carlo F. Van den Bosch*
CARLO F. VAN DEN BOSCH
GAZAL POUR-MOEZZI
Attorneys for Defendants
MARYELLIS BUNN
1AND8 INC., dba MUSEUM OF ICE CREAM

| | |
|---|---|
| 1 | Dated:  September 7, 2018 |
| 2 | <div align="center">LYNCH LLP</div> |
| 3 | |
| 4 | |
| 5 | By   */s/ Connor Lynch*<br>CONNOR LYNCH |
| 6 | |
| 7 | Attorneys for Plaintiff<br>PRETTY IN PLASTIC, INC. |
| 8 | |

9   ATTESTATION:  I certify that I obtained concurrence in the filing of this document
10  from all parties whose electronic signatures appear above.

11
12  Dated:  September 7, 2018   /s/ *Carlo F. Van den Bosch*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28