# EXHIBIT C



Exhibit C - Page 1