SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
cvandenbosch@sheppardmullin.com
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
gpour-moezzi@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants
MARYELLIS BUNN, and
1AND8 INC., dba MUSEUM OF ICE CREAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRETTY IN PLASTIC, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MARYELLIS BUNN, an individual; and 1AND8 INC., a Delaware corporation dba MUSEUM OF ICE CREAM,<br><br>    Defendants. | Case No. 2:18-cv-06091-GW (SKx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Date:   Nov. 8, 2018<br>Time:   8:30 a.m.<br>Crtrm.: 9D<br><br>The Hon. George H. Wu |

## I. REQUEST FOR JUDICIAL NOTICE

In support of its Motion to Dismiss Complaint (the "Motion"), Defendants 1AND8, Inc. dba Museum of Ice Cream ("MOIC") and Maryellis Bunn (collectively, "Defendants"), seek judicial notice of:

1. The dictionary definition of the term "unicorn" from the current edition of the Merriam-Webster Dictionary, which is available online at https://www.merriam-webster.com/dictionary/unicorn.  A true and correct copy of this definition from the Merriam-Webster Dictionary is attached hereto as **Exhibit A**.

2. The entry for "unicorn" from the Encyclopedia Britannica, which is available online at https://www.britannica.com/topic/unicorn.  A true and correct copy of this entry from the Encyclopedia Britannica is attached hereto as **Exhibit B**.

## II. THE COURT SHOULD GRANT THE REQUEST FOR JUDICIAL NOTICE

Courts may take judicial notice of facts "not subject to reasonable dispute" that "can be accurately and readily determined from sources whose accuracy cannot be questioned."  Fed. R. Evid. 201(b).

Judicial notice of definitions from the Merriam-Webster Dictionary is proper. *See, e.g.*, *Sexy Hair Concepts, LLC v. Conair Corp.*, No. 212cv02218-CBM, 2013 WL 12119721, at *3 (C.D. Cal. Feb. 25, 2013) ("Conair requests that the Court take judicial notice of the dictionary definition of the word 'sexy' as defined in the current version of the Merriam-Webster dictionary.  The request is made pursuant to Federal Rule of Evidence 201 on the basis that the definition "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned . . . . The Court GRANTS this request."); *Phillips v. P.F. Chang's China Bistro, Inc.*, No. 5:15-cv-344-RMW, 2015 WL 4694049, at *2 (N.D. Cal. Aug. 6, 2015) (taking judicial notice of Merriam-Webster Dictionary definitions of "celiac disease").

Similarly, courts may take judicial notice of entries from the Encyclopedia Britannica. *See, e.g.*, *Singh v. Ashcroft*, 393 F.3d 903, 905 (9th Cir. 2004) (taking judicial notice of an article in the Encyclopedia Britannica).

The facts contained within Merriam-Webster's dictionary definition of the term "unicorn" and the Encyclopedia Britannica entry on "unicorn" cannot reasonably be disputed and constitute unquestionably accurate sources. Accordingly, the Court should take judicial notice of both entries, which are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

### III.   CONCLUSION

For these reasons, Defendants respectfully request that the Court take judicial notice of the Merriam-Webster dictionary definition of the term "unicorn" (**Exhibit A**) and the Encyclopedia Britannica entry for "unicorn" (**Exhibit B**).

Dated:  October 9, 2018

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Carlo F. Van den Bosch
CARLO F. VAN DEN BOSCH
GAZAL POUR-MOEZZI
Attorneys for Defendants
MARYELLIS BUNN
1AND8 INC., dba MUSEUM OF ICE CREAM