# EXHIBIT A



SINCE 1828
Menu

-
-
-


- JOIN MWU

  Gain access to thousands of additional definitions and advanced search features—ad free! JOIN NOW
- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- VIDEO
- MORE
  WORD OF THE DAY  VIDEO  WORDS AT PLAYFAVORITES
- WORDS AT PLAY
- FAVORITES

unicorn
×

dictionary thesaurus

- JOIN MWU
- GAMES
- THESAURUS
- WORD OF THE DAY
- VIDEO
- WORDS AT PLAY
- FAVORITES

Follow:



# unicorn

[noun](#)

uni·corn | \ ˈyü-nə-ˌkȯrn 🔊 \
plural unicorns

## Definition of *unicorn*

1a **:** a mythical, usually white animal generally depicted with the body and head of a horse with long flowing mane and tail and a single often spiraled horn in the middle of the forehead

b **:** an animal mentioned in the Bible that is usually considered an aurochs, a one-horned rhinoceros, or an antelope

2 **:** something unusual, rare, or unique There's the elusive unicorn: headphones that do everything well and work in any situation.—Damon Darlin In Washington, D.C., truth is now a veritable unicorn.—Marilyn M. Singleton … he's like baseball's version of a unicorn—a true two-way player.—Tony Paul

3 business **:** a [start-up](#) that is valued at one billion dollars or more … a tech unicorn in Michigan is even more of a rarity, far from Silicon Valley's investor echo chamber.—Scott Martin The blockbuster initial public offering is expected to kick off a revitalized market this year, encouraging IPO debuts by other unicorns, the privately held start-ups whose hefty [venture capital](#) funds have allowed them to avoid Wall Street and the legal requirements of a public offering.—Jon Swartz

## Illustration of *unicorn*



## Examples of *unicorn* in a Sentence

Recent Examples on the Web

The other reason is that the chance of a Kansas City NBA team not just existing but being coached by an actual *unicorn* is roughly the same as the Royals making the playoffs in the next three years.— Sam Mellinger, *kansascity*, "Mellinger Minutes: Danny Duffy good again, Royals and 100 losses, and, oh yes, the Chiefs," 12 June 2018 Is this a successful model for other *unicorns* on the 2018 CNBC Disruptor 50 list announced Tuesday, like Uber and Airbnb or smaller companies?— Tory Newmyer, *Washington Post*, "The Finance 202: Banks give richly to three Senate Democrats who backed deregulation," 23 May 2018

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'unicorn.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More⊕⊖

## First Known Use of *unicorn*

13th century, in the meaning defined at sense 1a

## History and Etymology for *unicorn*

Middle English *unicorne*, from Anglo-French, from Late Latin *unicornis*, from Latin, having one horn, from *uni-* + *cornu* horn — more at horn

Keep scrolling for more

# Learn More about *unicorn*

Share *unicorn*



Resources for *unicorn*

 Time Traveler! Explore the year a word first appeared ⊙

From the Editors at Merriam-Webster



The Dictionary Just Got a Whole Lot...

## The Dictionary Just Got a Whole Lot Bigger

We've added 850 new words and definitions



'Unicorn': Nothing Is What It Seems

## 'Unicorn': Nothing Is What It Seems

Unicorns didn't always look like that.



[The Billion-Dollar Unicorn](#)

**[The Billion-Dollar Unicorn](#)**

[This kind actually exists](#)

## Dictionary Entries near *unicorn*

[unicolorous](#)

[uniconsonantal](#)

[uniconstant](#)

[unicorn](#)

[unicorn's horn](#)

[unicorn antelope](#)

[unicorn beetle](#)

## Statistics for *unicorn*

Last Updated

24 Sep 2018

Look-up Popularity

Bottom 50% of words

Time Traveler for *unicorn*

## The first known use of *unicorn* was in the 13th century

See more words from the same century

Keep scrolling for more

More Definitions for *unicorn*

unicorn

*noun*



## English Language Learners Definition of *unicorn*

: an imaginary animal that looks like a horse and has a straight horn growing from the middle of its forehead

See the full definition for *unicorn* in the English Language Learners Dictionary

unicorn

*noun*
uni·corn | \ ˈyü-nə-ˌkȯrn  \

## Kids Definition of *unicorn*

**:** an imaginary animal that looks like a horse with one horn in the middle of the forehead

unicorn

*adjective*
uni·corn | \ ˈyü-nə-ˌkȯ(ə)rn  \

## Medical Definition of *unicorn*

**:** having a single horn or hornlike process a unicorn uterus

Keep scrolling for more

More from Merriam-Webster on *unicorn*

See words that rhyme with *unicorn*

Spanish Central: Translation of *unicorn*

Nglish: Translation of *unicorn* for Spanish Speakers

Britannica English: Translation of *unicorn* for Arabic Speakers

Britannica.com: Encyclopedia article about *unicorn*

Comments on *unicorn*

What made you want to look up *unicorn*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS ⊕





**WORD OF THE DAY**

cloister 🔊

to shut away from the world

Get Word of the Day daily email!

Your email addr    SUBSCRIBE

**Test Your Vocabulary**

September 2018 Words of the Day Quiz



Which is a synonym of lenitive?

- exhilarating
- soothing
- dreary
- exogenous

Test your knowledge - and maybe learn something along the way.

**TAKE THE QUIZ**



**Test Your Knowledge** - and learn some interesting things along the way.

**TAKE THE QUIZ**

**TRENDING NOW**

1. quorum
   Kavanaugh Advances to…

2. sequela
   Ford Testifies in Front o…

3. corroborate
   Ford Offers Statements…

4. Spartan

Red Cross Warns of She…

5  hirsute

RIP Burt Reynolds

SEE ALL





## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

### WORDS AT PLAY







**'Personal' vs 'Personnel': A Matter for You and Everyone Else**

Keep this in your personal file.

**8 Words for Witchcraft and Black Magic**

Witchcraft, dark magic, and more …

**Fun! Funner!! Funnes**

We got a whole mess fun here, folks

### ASK THE EDITORS

- 

  **How Do You Pronounce 'Vase'?**

  And is one way more correct than the others?…

- 

  **Ghost Word**

  The story of an imaginary word that managed to …

- 

  **Literally**

  How to use a word t (literally) drives so

WORD GAMES

- 

  **September 2018 Words of the Day Quiz**

  A quiz like a cool breeze.

  **TAKE THE QUIZ**

- 

  **Name that Food Quiz**

  Test your knowledge of food and food words. …

  **TAKE THE QUIZ**

- 

  **True or False?**

  Test your knowledge maybe learn someth

  **TAKE THE QUIZ**

Learn a new word every day. Delivered to your inbo

Your email address

### OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

### FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us |
The Open Dictionary | Word of the Year | We're Hiring | Law Dictionary | Medical Dictionary |
Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary |
Browse the Spanish-English Dictionary

© 2018 Merriam-Webster, Incorporated