# EXHIBIT B

Unicorn | mythological creature | Britannica.com Page 1 of 8

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES
Unicorn
MYTHOLOGICAL CREATURE
Media Print Cite Share Feedback

COMPEX
15% OFF
CODE: COMPEXPM15
SHOP NOW
*excludes Edge 2.0

# Unicorn

MYTHOLOGICAL CREATURE

WRITTEN BY: The Editors of Encyclopaedia Britannica
See Article History

**Unicorn**, mythological animal resembling a horse or a kid with a single horn on its forehead. The unicorn appeared in early Mesopotamian artworks, and it also was referred to in the ancient myths of India and China. The earliest description in Greek literature of a single-horned (Greek *monokerōs*, Latin *unicornis*) animal was by the historian Ctesias (*c.* 400 BCE), who related that the Indian wild ass was the size of a horse, with a white body, purple head, and blue eyes, and on its forehead was a cubit-long horn coloured red at the pointed tip, black in the middle, and white at the base. Those who drank from its horn were thought to be protected from stomach trouble, epilepsy, and poison. It was very fleet of foot and difficult to capture. The actual animal behind Ctesias's description was probably the Indian rhinoceros.

COMPEX
TRAIN STRONGER.
RECOVER FASTER.
15% OFF
CODE: COMPEXPM15
SHOP NOW
*excludes Edge 2.0

Unicorn
MYTHOLOGICAL CREATURE
Download our free Chrome extension, Britannica Insights.

https://www.britannica.com/topic/unicorn 10/2/2018
Exhibit B - Page 1

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES
Unicorn
MYTHOLOGICAL CREATURE
Media Print Cite Share Feedback

Certain poetical passages of the Bible refer to a strong and splendid horned animal called *reʾem*. This word was translated "unicorn" or "rhinoceros" in many versions of the Bible, but many modern translations prefer "wild ox" (aurochs), which is the correct meaning of the Hebrew *reʾem*. As a biblical animal, the unicorn was interpreted allegorically in the early Christian church. One of the earliest such interpretations appears in the ancient Greek bestiary known as the *Physiologus*, which states that the unicorn is a strong, fierce animal that can be caught only if a virgin maiden is thrown before it. The unicorn leaps into the virgin's lap, and she suckles it and leads it to the king's palace. Medieval writers thus likened the unicorn to Christ, who raised up a horn of salvation for mankind and dwelt in the womb of the Virgin Mary. Other legends tell of the unicorn's combat with the elephant, whom it finally spears to death with its horn, and of the unicorn's purifying of poisoned waters with its horn so that other animals may drink.

Cups reputedly made of unicorn horn—but actually made of rhinoceros horn or narwhal tusk—were highly valued by important persons in the Middle Ages as a protection against poisoned drinks. Many fine representations of the hunt of the unicorn survive in medieval art, not only in Europe but also in the Islamic world and in China.

Download our free Chrome extension, **Britannica Insights**.

Unicorn | mythological creature | Britannica.com Page 3 of 8

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES

Unicorn
MYTHOLOGICAL CREATURE

Media Print Cite Share Feedback

***The Unicorn Is Killed and Brought to the Castle***
*The Unicorn Is Killed and Brought to the Castle*, wool warp with wool, silk, silver, and gilt wefts, South Netherlandish, 1495–1505; in the Metropolitan Museum of Art, New York City.

*Photograph by KaDeWeGirl. The Metropolitan Museum of Art, New York City, gift of John D. Rockefeller Jr., 1937 (37.80.5)*

**LEARN MORE** in these related Britannica articles:

**narwhal**

…the horn of the fabled unicorn.…

**Ctesias**

Ctesias, Greek physician and historian of Persia and India whose works were popular and influential in antiquity. In 405 bc Ctesias traveled to the Persian court, where he remained as physician under the rulers Darius II and Artaxerxes II. He…

Download our free Chrome extension, **Britannica Insights**.

https://www.britannica.com/topic/unicorn 10/2/2018
Exhibit B - Page 3

Unicorn | mythological creature | Britannica.com Page 4 of 8

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES

Unicorn
MYTHOLOGICAL CREATURE

Media Print Cite Share Feedback

**Christianity**

Christianity, major religion, stemming from the life, teachings, and death of Jesus of Nazareth (the Christ, or the Anointed One of God) in the 1st century ad. It has become the largest of the world's religions. Geographically the most widely diffused of all faiths, it has a constituency of more...

**rhinoceros**

Rhinoceros, (family Rhinocerotidae), any of five or six species of giant horn-bearing herbivores that include some of the largest living land mammals. Only African and Asian elephants are taller at the shoulder than the two largest rhinoceros species—the white, or square-lipped (Ceratotherium simum, which some...

**Kraken**

Kraken, a fabulous Scandinavian sea monster perhaps imagined on the basis of chance sightings of giant squids. It appears in literature in a poem of Alfred, Lord Tennyson's juvenilia called "The...

## ADDITIONAL MEDIA

## MORE ABOUT Unicorn

Download our free Chrome extension, **Britannica Insights**.

https://www.britannica.com/topic/unicorn 10/2/2018
Exhibit B - Page 4

**1 REFERENCE FOUND IN BRITANNICA ARTICLES**

**Assorted References**

- narwhal's horn
  - (In narwhal)

## EXTERNAL WEBSITES

## ARTICLE HISTORY

## ARTICLE CONTRIBUTORS

FEEDBACK

Corrections? Updates? Help us improve this article!Contact our editors with your feedback.

## KEEP EXPLORING BRITANNICA

Download our free Chrome extension, **Britannica Insights**.

Unicorn | mythological creature | Britannica.com Page 6 of 8

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES

Unicorn
MYTHOLOGICAL CREATURE

Media Print Cite Share Feedback

**Hinduism**

Hinduism, major world religion originating on the Indian subcontinent and comprising several and varied...

READ THIS ARTICLE

**Fascism**

Fascism, political ideology and mass movement that dominated many parts of

Download our free Chrome extension, **Britannica Insights**.

https://www.britannica.com/topic/unicorn 10/2/2018
Exhibit B - Page 6

Unicorn | mythological creature | Britannica.com Page 7 of 8

central, southern, and eastern...

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES

Unicorn
MYTHOLOGICAL CREATURE

Media

Print

Cite

Share
Feedback

READ THIS ARTICLE

**Islam**

Islam, major world religion promulgated by the Prophet Muhammad in Arabia in the 7th century ce. The...

READ THIS ARTICLE

VIEW MORE

Download our free Chrome extension, **Britannica Insights**.

https://www.britannica.com/topic/unicorn 10/2/2018
Exhibit B - Page 7

SPOTLIGHT · DEMYSTIFIED · QUIZZES · GALLERIES · LISTS · ON THIS DAY · BIOGRAPHIES
Unicorn
MYTHOLOGICAL CREATURE
COMPEX
15% OFF
CODE: COMPEXPM15
SHOP NOW
*excludes Edge 2.0
Media
Print
Cite
Share
Feedback

STAY CONNECTED

About Us About Our Ads Partner Program Contact Us Privacy Policy Terms of Use

©2018 Encyclopædia Britannica, Inc.

Download our free Chrome extension, **Britannica Insights**.