NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Carlo F. Van den Bosch Cal. Bar No. 185207
Gazal Pour-Moezzi, Cal. Bar No. 285932
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone:  (714) 513-5100
Fax:  (714) 513-5130
ATTORNEY(S) FOR: Defendants MARYELLIS BUNN and 1AND8 INC. dba MUSEUM OF ICE CREAM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PRETTY IN PLASTIC, INC.

Plaintiff(s),

v.

MARYELLIS BUNN, et al.,

Defendant(s)

CASE NUMBER:
2:18-cv-06091-GW-SK

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants MARYELLIS BUNN and 1AND8 INC. dba Museum of Ice Cream. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1AND8 INC. dba MUSEUM OF ICE CREAM. | Defendant |
| MARYELLIS BUNN | Defendant, Founder of 1AND8 INC. |
| MANISH VORA | Founder of 1AND8 INC. |

October 11, 2018
Date

/s/ Carlo F. Van den Bosch
Signature
Carlo F. Van den Bosch

Attorney of record for (or name of party appearing in pro per):
Defendants MARYELLIS BUNN and 1AND8 INC. dba MUSEUM OF ICE CREAM

CV-30 (05/13)          **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com