SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
cvandenbosch@sheppardmullin.com
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
gpour-moezzi@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants
MARYELLIS BUNN, and
1AND8 INC., dba MUSEUM OF ICE CREAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRETTY IN PLASTIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARYELLIS BUNN, an individual; and 1AND8 INC., a Delaware corporation dba MUSEUM OF ICE CREAM,<br><br>　　　　　Defendants. | Case No. 2:18-cv-06091-GW (SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FAC**<br><br>Date:　January 24, 2019<br>Time:　8:30 a.m.<br>Crtrm.:　9D<br><br>The Hon. George H. Wu |

# [PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants 1AND8 Inc. dba Museum of Ice Cream ("MOIC") and Maryellis Bunn's (collectively, "Defendants") Motion to Dismiss First Amended Complaint (the "Motion") came on for hearing before the Honorable George H. Wu on January 24, 2019. All parties were represented by counsel. The Court, having read and considered the papers in support of and in opposition to the Motion, all admissible evidence and counsel's argument, **ORDERS** as follows:

1. Defendants' motion is granted. Plaintiff Pretty in Plastic, Inc.'s ("Plaintiff") claims for copyright infringement, unjust enrichment, and unfair competition are dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's claim for breach of contract is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) against defendant MOIC.

2. Plaintiff's copyright infringement claim fails because Plaintiff has not and cannot plausibly allege that Defendants copied protectable elements of Plaintiff's work. Accordingly, Plaintiff cannot allege substantial similarity as a matter of law.

3. Plaintiff's unjust enrichment claim, which is based on a breach of confidence, fails because Plaintiff cannot allege a necessary element of this claim, specifically that Plaintiff's submitted idea was novel.

4. Plaintiff's unfair competition claim fails because it is completely preempted by the Copyright Act, as it is based on Defendants' alleged use of Plaintiff's pictorial work, and is thus not qualitatively different from Plaintiff's rights under the Copyright Act.

5. Plaintiff's breach of contract claim fails against MOIC because MOIC was not a party to the alleged Non-Disclosure Agreement ("NDA"), and accordingly cannot be sued for breach of that contract.

**IT IS SO ORDERED.**

1
2  DATED: _____, 20\_\_
3
4
5  
          The Honorable George H. Wu
          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28