SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
cvandenbosch@sheppardmullin.com
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
gpour-moezzi@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants
MARYELLIS BUNN, and
1AND8 INC., dba MUSEUM OF ICE CREAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRETTY IN PLASTIC, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MARYELLIS BUNN, an individual; and 1AND8 INC., a Delaware corporation dba MUSEUM OF ICE CREAM,<br><br>        Defendants. | Case No. 2:18-cv-06091-GW (SKx)<br><br>**DECLARATION OF GAZAL POUR-MOEZZI IN SUPPORT OF MOTION TO DISMISS FAC**<br><br>Date:    January 24, 2019<br>Time:   8:30 a.m.<br>Crtrm.: 9D<br><br>The Hon. George H. Wu |

# DECLARATION OF GAZAL POUR-MOEZZI

I, Gazal Pour-Moezzi, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard Mullin Richter & Hampton LLP, attorneys of record for Defendants 1AND8 Inc. dba Museum of Ice Cream ("MOIC") and Maryellis Bunn (collectively, "Defendants"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. On December 6, 2018, and pursuant to Civil Local Rule 7-3, I met and conferred by telephone with Connor Lynch of Lynch LLP, counsel of record for plaintiff Pretty in Plastic, Inc. ("Plaintiff") regarding the substance of Defendants' Motion to Dismiss. During this conversation, Mr. Lynch and I discussed each of Plaintiff's claims, as well as the grounds for Defendants' Motion to Dismiss. Notwithstanding this conversation, Plaintiff declined to withdraw or amend its claims.

3. Attached as **Exhibit A** is a true and correct copy of the December 8, 2017 article from Coveteur titled "How The Museum Of Ice Cream Became One Of The Most Instagrammed Spaces In The Country," which was printed online from Coveteur's website at http://coveteur.com/2017/12/08/maryellis-bunn-museum-ice-cream-founder/. This article is referenced in paragraph 32 of the FAC.

4. Attached as **Exhibit B** is a true and correct copy of the Non-Disclosure Agreement ("NDA") entered into between MOIC and Plaintiff in November 2016. The NDA is referenced in paragraphs 14-16, 47-51, and 57 of the FAC.

5. Attached as **Exhibit C** is a true and correct copy of a picture of the Rainbow Room exhibit in MOIC's San Francisco location. In addition, a picture of the Rainbow Room can be seen on page 8 of Exhibit A. This room is referenced throughout the FAC, including in paragraphs 19, 24, and 26-27.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on this 13th day of December, 2018 at Costa Mesa, California.
3
4                                     By:   ___/s/ Gazal Pour-Moezzi_____
5                                           GAZAL POUR-MOEZZI