Exhibit C
Page 20

