Case 2:18-cv-06091-GW-SK   Document 26-1   Filed 12/13/18   Page 1 of 13   Page ID #:254



SINCE 1828

Ad closed by Google

Stop seeing this ad    AdChoices

# unicorn *noun*

uni·corn  |  \ ˈyü-nə-ˌkȯrn  \
*plural* **unicorns**

## Definition of *unicorn*

**1**  **a**  : a mythical, usually white animal generally depicted with the body and head of a horse with long flowing mane and tail and a single often spiraled horn in the middle of the forehead

   **b**  : an animal mentioned in the Bible that is usually considered an aurochs, a one-horned rhinoceros, or an antelope

**2**  : something unusual, rare, or unique
   // There's the elusive *unicorn*: headphones that do everything well and work in any situation.
   — Damon Darlin
   // In Washington, D.C., truth is now a veritable *unicorn*.
   — Marilyn M. Singleton
   // ... he's like baseball's version of a *unicorn*—a true two-way player.
   — Tony Paul

**3**  *business* : a start-up that is valued at one billion dollars or more
   // ... a tech *unicorn* in Michigan is even more of a rarity, far from Silicon Valley's investor echo chamber.

Exhibit A
Page 3

Case 2:18-cv-06091-GW-SK   Document 26-1   Filed 12/13/18   Page 2 of 13   Page ID #:255

start-ups whose hefty venture capital funds have allowed them to avoid Wall Street and the legal requirements of a public offering.
— Jon Swartz

## Illustration of *unicorn*



## Examples of *unicorn* in a Sentence

### Recent Examples on the Web

// Stonehurst Place On a busy residential street in Midtown, Stonehurst Place is intown Atlanta's *unicorn*: a luxury boutique inn.
— Allison Weiss Entrekin, *Condé Nast Traveler*, "14 Best Hotels in Atlanta," 27 July 2018

// Especially if an alien, a *unicorn* AND a great white are all in the same boat.
— Domenica Bongiovanni, *Indianapolis Star*, "Carb Day 2018's funniest, most ridiculous and most offensive T-shirts," 25 May 2018

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'unicorn.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

Exhibit A
Page 4

### First Known Use of *unicorn*

13th century, in the meaning defined at *sense 1a*

### History and Etymology for *unicorn*

Middle English *unicorne*, from Anglo-French, from Late Latin *unicornis*, from Latin, having one horn, from *uni-* + *cornu* horn — more at HORN

*Keep scrolling for more*

## Learn More about *unicorn*

### Share *unicorn*

### Resources for *unicorn*

### From the Editors at Merriam-Webster



The Dictionary Just Got a Whole Lo



Exhibit A
Page 5



'Unicorn': Nothing Is What It Seems



The Billion-Dollar Unicorn







## Dictionary Entries near *unicorn*

unicolorous

uniconsonantal

uniconstant

**unicorn**

unicorn's horn

unicorn antelope

unicorn beetle

## Statistics for *unicorn*

### Last Updated

3 Dec 2018

### Look-up Popularity

Bottom 50% of words

*Keep scrolling for more*

# More Definitions for *unicorn*

# unicorn  noun

## English Language Learners Definition of *unicorn*

**:** an imaginary animal that looks like a horse and has a straight horn growing from the middle of its forehead

See the full definition for *unicorn* in the English Language Learners Dictionary

# unicorn  noun

uni·corn  |  \ ˈyü-nə-ˌkȯrn  \

## Kids Definition of *unicorn*

**:** an imaginary animal that looks like a horse with one horn in the middle of the forehead

# unicorn  adjective

uni·corn  |  \ ˈyü-nə-ˌkȯ(ə)rn  \

## Medical Definition of *unicorn*

**:** having a single horn or hornlike process

// a *unicorn* uterus

*Keep scrolling for more*

## More from Merriam-Webster on *unicorn*

Rhyming Dictionary: Words that rhyme with *unicorn*

Spanish Central: Translation of *unicorn*

Nglish: Translation of *unicorn* for Spanish Speakers

Britannica English: Translation of *unicorn* for Arabic Speakers

Britannica.com: Encyclopedia article about *unicorn*

## Comments on *unicorn*

What made you want to look up *unicorn*? Please tell us where you read or heard it (including the quote, if possible).

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

WORDS AT PLAY



### 'Stay in Your Lane': A History

Focusing in on what we do best



### 15 Words that Come from Names and Nicknames

What if your nickname became a dictionary entry?



### 'The Reason Is Because': Redundant But Acceptable

Redundant but also not redundant



### A 12-Word Journey on the Buddhist Path | Buddhism Terms and Definitions

Wordies read on for enlightenment.

**ASK THE EDITORS**

**Exhibit A
Page 10**



## How Do You Pronounce 'Vase'?

And is one way more correct than the others?



## Ghost Word

The story of an imaginary word that managed to sneak past our editors



## Literally

How to use a word that (literally) drives some people nuts.



## Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

**WORD GAMES**



## Late Autumn 2018 Words of the Day Quiz

Winter is...proximate?

TAKE THE QUIZ ›



### Word Puzzles Round 2

More word puzzles to rack your brain

TAKE THE QUIZ >



### Spell It

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ >



Case 2:18-cv-06091-GW-SK   Document 26-1   Filed 12/13/18   Page 12 of 13   Page ID #:265

## Word Winder's CrossWinder

A game of winding words.

**PLAY THE GAME**



Learn a new word every day.
Delivered to your inbox!

**SUBSCRIBE**

OTHER MERRIAM-WEBSTER DICTIONARIES

SPANISH CENTRAL

LEARNER'S ESL DICTIONARY

WORDCENTRAL FOR KIDS

VISUAL DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

BRITANNICA ENGLISH - ARABIC TRANSLATION

NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

   

Browse the Dictionary: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | The Open Dictionary | Word of the Year | Law Dictionary | Medical Dictionary | Privacy Policy

Exhibit A
Page 14

Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2018 Merriam-Webster, Incorporated