# Unicorn

**Unicorn**, mythological animal resembling a horse or a kid with a single horn on its forehead. The unicorn appeared in early Mesopotamian artworks, and it also was referred to in the ancient myths of India and China. The earliest description in Greek literature of a single-horned (Greek *monokerōs*, Latin *unicornis*) animal was by the historian Ctesias (*c.* 400 BCE), who related that the Indian wild ass was the size of a horse, with a white body, purple head, and blue eyes, and on its forehead was a cubit-long horn coloured red at the pointed tip, black in the middle, and white at the base. Those who drank from its horn were thought to be protected from stomach trouble, epilepsy, and poison. It was very fleet of foot and difficult to capture. The actual animal behind Ctesias's description was probably the Indian rhinoceros.



Unicorn, detail from "The Lady and the Unicorn" tapestry, late 15th century; in the Musée de Cluny, Paris
*Giraudon/Art Resource, New York*

Certain poetical passages of the Bible refer to a strong and splendid horned animal called *reʾem*. This word was translated "unicorn" or "rhinoceros" in many versions of the Bible, but many modern translations prefer "wild ox" (aurochs), which is the correct meaning of the Hebrew *reʾem*. As a biblical animal, the unicorn was interpreted allegorically in the early Christian church. One of the earliest such interpretations appears in the ancient Greek bestiary known as the *Physiologus,* which states that the unicorn is a strong, fierce animal that can be caught only if a virgin maiden is thrown before it. The unicorn leaps into the virgin's lap, and she suckles it and leads it to the king's palace. Medieval writers thus likened the unicorn to Christ, who raised up a horn of salvation for mankind and dwelt in the womb of the Virgin Mary. Other legends tell of the unicorn's combat with the elephant, whom it finally spears to death with its horn, and of the unicorn's purifying of poisoned waters with its horn so that other animals may drink.

Cups reputedly made of unicorn horn—but actually made of rhinoceros horn or narwhal tusk—were highly valued by important persons in the Middle Ages as a protection against poisoned drinks. Many fine representations of the hunt of the unicorn survive in medieval art, not only in Europe but also in the Islamic world and in China.



**The Unicorn Is Killed and Brought to the Castle**

*The Unicorn Is Killed and Brought to the Castle*, wool warp with wool, silk, silver, and gilt wefts, South Netherlandish, 1495–1505; in the Metropolitan Museum of Art, New York City.
*Photograph by KaDeWeGirl. The Metropolitan Museum of Art, New York City, gift of John D. Rockefeller Jr., 1937 (37.80.5)*

**CITATION INFORMATION**

**ARTICLE TITLE:** Unicorn

**WEBSITE NAME:** Encyclopaedia Britannica

**PUBLISHER:** Encyclopaedia Britannica, Inc.

**DATE PUBLISHED:** 24 May 2018

**URL:** https://www.britannica.com/topic/unicorn

**ACCESS DATE:** December 12, 2018