Connor Lynch (SBN 301538)
connor@lynchllp.com
Brian Lynch (SBN 292511)
brian@lynchllp.com
LYNCH LLP
4470 W. Sunset Blvd. No. 90096
Los Angeles, CA 90027
Phone: (949) 229-3141

Attorneys for Plaintiff Pretty in Plastic, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pretty in Plastic, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Maryellis Bunn, et al. <br><br> Defendants. | Case No. CV 18-6091-GW(SKx) <br><br> Judgment in a Civil Case |

On February 8, 2019, the Court entered a minute order (1) dismissing, with prejudice and without leave to amend, Plaintiff's copyright cause of action and (2) declining to exercise supplemental jurisdiction over and dismissing without prejudice Plaintiff's remaining state causes of action. Dkt. No. 30. Judgment is hereby accordingly entered.

**IT IS SO ORDERED.**

DATED: March 4, 2019

Hon. George H. Wu
United States District Judge